**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 96-6131**

—————————

SAMUEL WHALEY; WILLIAM BLACK; ROBERT CHADWICK;
IVAN TURNER; ROBERT REPOVICH,

Plaintiffs - Appellants,

versus

EARL BESHEARS, Warden; BISHOP ROBINSON,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-3965-S)

—————————

Submitted: May 16, 1996          Decided: June 5, 1996

—————————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Samuel Whaley, William Black, Robert Chadwick, Ivan Turner, Robert
Repovich, Appellants Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Whaley v. Beshears</u>, No. CA-95-3965-S (D. Md. Jan. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2